

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TERRENCE T. DRAKEFORD JR.,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>INDICTMENT<br><br>18 U.S.C. §§ 922(g)(1), 924(a)<br><br>FORFEITURE |

THE GRAND JURY CHARGES:

### COUNT ONE
(Felon in Possession of a Firearm)

On or about June 23, 2021, in the Southern District of Ohio, the defendant, **TERRENCE T. DRAKEFORD JR.**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, an FN, Model 509, 9 mm caliber pistol, and the firearm was in and affecting commerce.

**All in violation of 18 U.S.C. §§ 922(g)(1) and 924(a).**

### FORFEITURE

1. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense alleged in Count One of the Indictment, the defendant, **TERRENCE T. DRAKEFORD JR.**, shall forfeit to the United States all firearms,

and any ammunition, involved in or used in such offense including, but not limited to, an FN, Model 509, 9 mm caliber pistol.

Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.

A TRUE BILL

*s/ Foreperson*
GRAND JURY FOREPERSON

VIPAL J. PATEL
ACTING NUNITED STATES ATTORNEY

KELLY A. NORRIS (0081254)
Assistant United States Attorney